**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JANET BROWN, LAURA MELENDEZ, and JOHN BRADLEY BROWN, ) ) | 3:19-cv-207-LRH-WGC |
| Plaintiffs, ) ) | |
| v. ) ) | **MOTION TO ADMIT GOVERNMENT** **ATTORNEY (ROBERT GROSS)** |
| UNITED STATES OF AMERICA, ) ) | **AND ORDER THEREON** |
| Defendant. ) _____ ) | |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of <u>Robert Gross</u> to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. It is anticipated that Mr. Gross will enter an appearance in this action on behalf of the United States.

Mr. Gross has been a licensed attorney since February 1985. Mr. Gross is a member in good standing of the District of Columbia Bar (Bar # 425737) and the New York Bar (Bar # 1960426). Since August 1984, Mr. Gross has been employed by the United States Department of Justice having been hired through the Attorney General's Honor Law Graduate Program. Since February 1985, he has been employed as an attorney by the U.S. Department of Justice. He currently holds the position of Senior Trial Counsel, Aviation, Space & Admiralty Litigation,

Torts Branch, Civil Division, and his office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Robert Gross to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Gross will enter an appearance in this action on behalf of the defendant United States.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: May 3, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2