GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
asweet@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET BROWN, an individual; LAURA MELENDEZ, an individual; and JOHN BRADLEY BROWN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 3:19-cv-00207-MMD-WGC <br><br> **JOINT CONFERENCE REPORT** <br> **SPECIAL SCHEDULING REVIEW** <br> **REQUESTED** |

Plaintiffs and the United States, through counsel, jointly certify that they conferred and hereby submit their Joint Conference Report in accordance with Federal Rules of Civil Procedure ("Rules") 16 and 26(f) and Local Rule 26-1. Special review is requested to accommodate the Related Actions, as that term is defined later.

I. **CASE BACKGROUND AND RELATED CASES**

This case stems from the loss of life of two individuals who were aboard an aircraft on approach to the Reno/Tahoe International Airport ("RNO") on August 30, 2016. Plaintiffs, the pilot's spouse

1

and children, allege the FAA caused the pilot's wrongful death. The United States denies these allegations and asserts that pilot error caused the crash.

Individuals related to the passenger in the aircraft have filed lawsuits against the United States under the Federal Tort Claims Act based upon the same set of facts and circumstances. Specifically, the passenger's minor children, by and through their mother, filed a lawsuit against the United States on July 7, 2019 as case number C:19-cv-00383 (the "383 Action"). Megan Romo Elliker, individually and as Executor of the Estate of James Elliker, filed, but has not yet served, a lawsuit against the United States on July 22, 2019 as case number 3:19-cv-00418 (the "418 Action"). Finally, the passenger's adult children, Dustin Elliker and Katelynn Hansen, filed, but has not yet served, a lawsuit against the United States on July 24, 2019 as case number 3:19-cv-00424 (the "424 Action").

The parties intend to file a *Joint Motion to Consolidate*, seeking to consolidate the 383 Action, the 418 Action, and the 424 Action (collectively, the "Related Actions") into this lawsuit. The parties therefore propose postponing setting the discovery plan and proposed schedule until the *Joint Motion to Consolidate* is heard, the defendant has filed a responsive pleading in all cases, and all parties can jointly participate in a Rule 26(f) conference in this consolidated matter.

## II. PROPOSED DISCOVERY PLAN

The parties wish to stay all discovery until the Related Actions have been consolidated into this action, or until a Court order has precluded consolidation of one or more of the Related Actions. The parties have discussed exchanging initial disclosures in the interim and will continue such discussions and preliminary, informal discovery efforts to facilitate a prompt resolution of this dispute.

## III. PROPOSED DISCOVERY SCHEDULE

The parties wish to stay all discovery and postpone preparing a discovery schedule until the Related Actions have been consolidated into this action, or until a Court order has precluded consolidation of one or more of the Related Actions. The parties desire to have one discovery plan and one discovery schedule for all of the cases arising from this accident.

///

## IV. CERTIFICATIONS

1. **Alternative Dispute Resolution**. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and, if applicable, early neutral evaluation.

2. **Alternative Forms of Action Disposition**. The parties certify that they considered consent to trial by a magistrate judge under 28 USC 636(c) and Rule 73 and the use of the Short Trial Program.

3. **Electronic Evidence**. The parties certify that they have discussed the presentation of evidence in digital format, regardless of whether this matter proceeds to a bench or jury trial.

DATED this 15th day of August, 2019.

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

NICHOLAS A. TRUTANICH
United States Attorney

GREG ADDINGTON
Assistant U.S. Attorney

GUNDERSON LAW FIRM

/s/ Mark H. Gunderson
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
*Attorneys for the Brown Family*

/s/ Robert J. Gross
ROBERT J. GROSS
Senior Trial Counsel
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
*Attorneys for Defendant United States of America*

IT IS SO ORDERED:

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2019.