UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JANET BROWN, an individual; LAURA MELENDEZ, an individual; and JOHN BRADLEY BROWN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos. 3:19-cv-00207-MMD-WGC;<br><br>*and related cases*<br><br>3:19-cv-00383-MMD-WGC; 3:19-cv-00418-MMD-WGC; 3:19-cv-00424-LRH-WGC<br><br>REASSIGNMENT ORDER |

The parties filed a joint motion to consolidate four cases: Case No. 3:19-cv-00207-MMD-WGC; Case No. 3:19-cv-00383-MMD-WGC; Case No. 3:19-cv-00418-MMD-WGC; and Case No. 3:19-cv-00424-LRH-WGC.

In the interest of judicial economy, the presiding district judges have preliminarily determined that these cases are related and that good cause exists to transfer Case No. 3:19-cv-00424-LRH-WGC to Chief District Judge Miranda M. Du and Magistrate Judge William G. Cobb under Local Rule 42-1(b). [1]

///
///
///
///
///
///
///
///

---

[1] Judge Du will separately address the parties' joint motion to consolidate.

It is therefore ordered that the Clerk of Court is directed to reassign Case No. 3:19-cv-00424-LRH-WGC to Chief District Judge Miranda M. Du.

DATED THIS 9th day of September 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

DATED this 9th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE