JOSEPH H. HUNT
Assistant Attorney general
Civil Division
NICHOLAS A. TRUTANICH
United States Attorney
GREG ADDINGTON
Assistant United States Attorney
ROBERT J. GROSS
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 14271
Washington, D.C. 20044-4271
Robert.Gross@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | 3:19-cv-207-MMD-WGC (Lead Case) <br><br> *consolidated with* <br><br> 3:19-cv-383-MMD-WGC (member case) <br> 3:19-cv-418-MMD-WGC (member case) <br> 3:19-cv-424-MMD-WGC (member case) <br><br> STIPULATION AND REQUEST TO EXTEND DATE FOR UNITED STATES TO FILE RESPONSE TO MOTION (#34) TO DISMISS THIRD-PARTY COMPLAINT <br> (First Request) <br><br> Current Date: October 30, 2019 <br> New Date: November 18, 2019 |

It is hereby agreed and stipulated by third-party plaintiff United States of America and third-party defendant Estate of John Brown, through their respective counsel, that the due date for the United States to file its response to Estate of Brown's motion (#34) to dismiss third-party complaint may be extended from October 30, 2019, to November 18, 2019. This the first request to extend the due date for the United States' response to the subject motion.

1

In these consolidated wrongful death actions against the United States, the United States filed its third-party complaint (#22) against two entities – Estate of John Brown and Flying Start Aero, LLC. Third-party defendant Estate of John Brown has filed its motion (#34) to dismiss the third-party complaint, arguing that the third-party claims advanced by the United States are barred by operation of NRS 17.245. Additional time is needed by counsel for the United States to prepare a response to the subject motion due to a combination of pressing deadlines in other matters, medical appointments, and religious observances. Counsel for the United States and counsel for Estate of John Brown stipulate to the requested extension of the filing deadline for the United States' response to the subject motion (#34).

The parties request the Court approve the proposed extension of time to November 18, 2019, for the filing of the United States' response to Estate of Brown's motion (#34) to dismiss the third-party complaint.

   */s/ Justin H. Pfrehm*                                  */s/ Greg Addington*
JUSTIN H. PFREHM, ESQ.                           GREG ADDINGTON
Counsel for Estate of John Brown              Assistant United States Attorney

                                      <u>IT IS SO ORDERED</u>

Date; <u> October 18 </u>, 2019

                                                                         _____
                                                                     UNITED STATES DISTRICT JUDGE