Matthew L. Sharp, Esq.
Nevada Bar No. 4746
Matthew L. Sharp, Ltd.
432 Ridge St.
Reno, NV 89501
Phone: (775) 324-1500
Fax: (775) 284-0675
matt@mattsharplaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, an individual; LAURA MELENDEZ, an individual; and JOHN BRADLEY BROWN, an individual, | CASE NO.: 3:19-cv-00207-MMD-WGC |
| | Consolidated with member cases: |
| Plaintiffs, | Case No.: 3:19-cv-00838-MMD-WGC |
| vs. | Case No.: 3:19-cv-00418-MMD-WGC |
| | Case No.: 3:19-cv-00424-MMD-WGC |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CARRIE ROMO, as the parent and guardian ad litem for B.E., a minor child; and JOCELYN ELLIKER, individually,

Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

Defendant(s).

Case #3:19-cv-00383-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ian Herzog_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Herzog, Yuhas, Ehrlich & Ardell, A.P.C._____
(firm name)

with offices at _____11400 West Olympic Boulevard, Suite 1150_____,
(street address)

_____Los Angeles_____, _____California_____, _____90064_____,
(city) (state) (zip code)

_____(310) 458-6660_____, _____tomyuhas@ix.netcom.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
Jocelyn Elliker, individually and
Carrie Romo as GAL for B.E. a minor child   to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since January 5, 1968, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District Court of CA | January 5, 1968 | 41396 |
| 9th Circuit Court of Appeals CA | January 5, 1968 | 41396 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

NONE

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
)
COUNTY OF ____Los Angeles____ )

____IAN HERZOG____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____day of_____, _____.

**SEE ATTACHED CERTIFICATE**

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Matthew Sharp____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____432 Ridge Street_____,
(street address)

____Reno____, ____Nevada____, ____89501____,
(city)           (state)           (zip code)

____775 324-1500____, ____matt@mattsharplaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. ~~_____~~
2. ~~_____~~
3. ~~_____~~
4. ~~_____~~
5. ~~_____~~
6. ~~_____~~

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __LOS ANGELES__

[Notary Seal: LISA PILLSBURY LORD, COMM. #2242620, Notary Public - California, Los Angeles County, My Comm. Expires June 10, 2022]

_Place Notary Seal and/or Stamp Above_

Subscribed and sworn to (or affirmed) before me
on this __4TH__ day of __DECEMBER__, 20__19__,
       Date           Month              Year
by
(1) __IAN HERZOG__

(and 2) _____),
_Name(s) of Signer(s)_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __[signature]__
_Signature of Notary Public_

─────────── **OPTIONAL** ───────────

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**
Title or Type of Document: __VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL__

Document Date: __DECEMBER 4, 2019__   Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Matthew L. Sharp_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jocelyn Elliker, individually
(type or print party name, title)

_____
(party's signature)

Carrie Romo as GAL for B.E., a minor child
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4746                            matt@mattsharplaw.com
Bar number                      Email address

APPROVED:

Dated: this 6th day of December, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

November 12, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, IAN ISAAC HERZOG, #41396 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1968 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records