1  Justin H. Pfrehm, Esq.
   Nevada Bar No. 7484
2  Thorndal Armstrong Delk Balkenbush & Eisinger
   6590 S. McCarran, Suite B
3  Reno, Nevada 89509
   Tel: (775) 786-2882
4
5  Mark Gunderson, Esq.
   Nevada Bar No. 2134
   Gunderson Law Firm
6  3895 Warren Way
   Reno, NV 89509
7  Tel: (775)829-1222

8  Attorneys for Third-Party Defendant
   JANET BROWN, as Special Administrator for
9  THE ESTATE OF JOHN BROWN

## UNITED STATES DISTRICT COURT,

## DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, LAURA MELENDEZ and JOHN BRADLEY BROWN, | Case No.: 3:19-cv-207-MMD-WGC |
| Plaintiffs, | *Consolidated with* |
| vs. | Case No.: 3:19-cv-383-MMD-WGC |
| UNITED STATES OF AMERICA, | Case No.: 3:19-cv-418-MMD-WGC |
| | Case No.: 3:19-cv-424-MMD-WGC |
| Defendant. | |
| | **ORDER GRANTING** |
| AND CONSOLIDATED CASES AND THIRD-PARTY ACTION | **MOTION TO DISASSOCIATE COUNSEL** |

COMES NOW Third-Party Defendant JANET BROWN as Special Administrator of the Estate of John Brown, by and through her counsel of record, hereby moves the Court for an Order disassociating Justin Pfrehm, Esq. and the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger, as counsel of record for Third-Party Defendant JANET BROWN as Special Administrator of the Estate of John Brown. Mark Gunderson, Esq. and the law firm of Gunderson Law Firm will continue to represent Third-Party Defendant JANET BROWN as Special Administrator of the Estate of John Brown in the above-captioned action. It is further

- 1 -

requested that Justin Pfrehm, Esq. and Thorndal Armstrong Delk Balkenbush & Eisinger be removed from the list of attorneys associated with this case, as well as all future pleadings and counsel's proofs of service.

DATED this 28th day of February, 2020.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: /s/ Justin H. Pfrehm
JUSTIN H. PFREHM, ESQ.
Nevada Bar No. 7484
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Attorneys for Third-Party Defendant
JANET BROWN as Special Administrator
of the Estate of John Brown

IT IS SO ORDERED.

DATED: March 2, 2020

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE