JOHN V. COGHLAN
Deputy Assistant Attorney General
NICHOLAS A. TRUTANICH
United States Attorney
GREG ADDINGTON
Assistant U.S. Attorney
ROBERT J. GROSS
Senior Trial Counsel
JENNIFER A. MACEDA
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C.  20044-4271
Robert.Gross@usdoj.gov
Jennifer.A.Maceda@usdoj.gov
*Attorneys for Defendant/Third-Party Plaintiff*
*UNITED STATES OF AMERICA*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET BROWN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS AND THIRD PARTY ACTION | 3:19-cv-207-MMD-WGC (Lead Case)<br><br>*consolidated with*<br><br>3:19-cv-383-MMD-WGC (member case)<br>3:19-cv-418-MMD-WGC (member case)<br>3:19-cv-424-MMD-WGC (member case)<br><br>**STIPULATION TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER (Second Request)** |

Pursuant to Fed. R. Civ. P. Rule 26 and LR 26-4, the parties to this consolidated case stipulate to extend the dates set forth in the April 9, 2020 scheduling order (ECF 69) for exchange of initial and rebuttal expert disclosures by two weeks as set forth below:

**(c) Expert disclosures under Rule 26(a)(2):**

    a.    Initial expert disclosures – February 15, 2021

       b.     Rebuttal expert disclosures – March 15, 2021

The parties stipulate and agree that good cause exists for this two week extension. On January 18, 2021, the United States' lead counsel's mother passed away. Due to family commitments and the mourning period for his mother, Senior Trial Counsel Robert Gross will be unable to return to work until at least January 25, 2021. Although the United States remains diligent in finalizing its expert reports, the parties acknowledge this is a critical time in the case and the unavoidable absence of a lead counsel is good cause for a two week delay for the exchange of initial and rebuttal expert reports.

The parties have been engaged in robust discovery, with multiple discovery depositions last held on January 5, 2021. This agreed upon delay would not impact the remaining discovery dates, which would remain as follows:

    **(d) Dispositive motions:** June 18, 2021

    **(e) Joint Pretrial Order:** July 22, 2021. In the event dispositive motions are filed, the deadline for filing the proposed joint pretrial order will be suspended until thirty (30) days after decision on the dispositive motions or further court order.

This is the parties' second request to extend dates set forth in the discovery plan and scheduling order. This stipulation is made before the expiration of the initial and rebuttal expert disclosure dates, but within 21 days of the deadlines.

DATED this 19th day of January, 2021.        DATED this 19th day of January, 2021.

/s/ John P. Echeverria                                /s/ Daniel Dell'Osso
John P. Echeverria, Esq.                            Daniel Dell'Osso, Esq.
Echeverria Law Office                              The Brandi Law Firm
9432 Double R. Blvd.                                354 Pine Street, 3rd floor
Reno, Nevada 89521                                San Francisco, CA 94104
Telephone: (775) 786-4800                    Telephone: (415) 986-1800
*Attorney for Megan Romo Elliker,*              *Attorney for Dustin Elliker and Katelynn*
*individually and as the Executor of the*      *Hansen*
*Estate of James Elliker*

| | |
|---|---|
| DATED this 19th day of January, 2021. | DATED this 19th day of January, 2021. |
| /s/ Matthew L. Sharp<br>Matthew L. Sharp, Esq.<br>424 Ridge St.<br>Reno, NV 89501<br>Telephone:  (775) 324-1500<br>*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.* | /s/ Austin Sweet<br>Mark H. Gunderson, Esq.<br>Austin K. Sweet, Esq.<br>Gunderson Law Firm<br>3895 Warren Way<br>Reno, Nevada 89509<br>Telephone:  (775) 829-1222<br>*Attorneys for Janet Brown, individually and as Special Administrator of the Estate of John Brown; Laura Melendez; John Bradley Brown; and Flying Start Aero, LLC* |
| DATED this 19th day of January, 2021.<br><br>/s/ Tom Yuhas<br>Ian (Buddy) Herzog, Esq.<br>Thomas F. Yuhas, Esq.<br>11400 West Olympic Blvd., Suite 1150<br>Los Angeles, CA 90064<br>Telephone:  (310) 458-6660<br>*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.* | DATED this 19th day of January, 2021.<br><br>/s/ Jennifer A. Maceda<br>JENNIFER A. MACEDA<br>Trial Attorney<br>ROBERT J. GROSS<br>Senior Trial Counsel<br>Aviation, Space & Admiralty Litigation<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 14271<br>Telephone: (202) 616-4033 (JAM)<br>Telephone: (202) 616-4038 (RJG)<br>Fax: (2020) 616-4159<br>*Attorneys for Defendant/Third-Party Plaintiff United States of America* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 20, 2021

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing Stipulation to Modify Discovery Plan and Scheduling Order (Second Request) was made on January 19, 2021, via CM/ECF to the following counsel:

John P. Echeverria, Esq.
Echeverria Law Office
9432 Double R. Blvd.
Reno, Nevada 89521
Telephone: (775) 786-4800
*Attorney for Megan Romo Elliker, individually and as the Executor of the Estate of James Elliker*

Ian (Buddy) Herzog, Esq.
Thomas F. Yuhas, Esq.
11400 West Olympic Blvd., Suite 1150
Los Angeles, CA 90064
Telephone: (310) 458-6660
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

Daniel Dell'Osso, Esq.
The Brandi Law Firm
354 Pine Street, 3rd floor
San Francisco, CA 94104
Telephone: (415) 986-1800
*Attorney for Dustin Elliker and Katelynn Hansen*

Mark H. Gunderson, Esq.
Austin K. Sweet, Esq.
Gunderson Law Firm
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
*Attorneys for Janet Brown, individually and as Special Administrator of the Estate of John Brown; Laura Melendez; John Bradley Brown; and Flying Start Aero, LLC*

Matthew L. Sharp, Esq.
424 Ridge St.
Reno, NV 89501
Telephone: (775) 324-1500
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

                                   *s/Jennifer A. Maceda*
                                   Employee, USDOJ