CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Greg.Addington@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, et al., | 3:19-cv-00207-MMD-WGC (Lead Case) |
| Plaintiffs, | |
| | *consolidated with* |
| v. | |
| | 3:19-cv-383-MMD-WGC (member case) |
| UNITED STATES OF AMERICA, | 3:19-cv-418-MMD-WGC (member case) |
| | 3:19-cv-424-MMD-WGC (member case) |
| Defendant. | |
| | **MOTION TO ADMIT GOVERNMENT** |
| AND CONSOLIDATED ACTIONS AND | **ATTORNEY (ASHLEY DEMPSEY)** |
| THIRD PARTY ACTION | |

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Ashley Dempsey to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney. It is anticipated that Ms. Dempsey will enter an appearance in this action on behalf of the United States.

Ms. Dempsey has been a licensed attorney since December 1998 and is a member in good standing of the California Bar (Bar # 198791). Ms. Dempsey has been employed as a Trial Attorney, Aviation, Space & Admiralty Litigation, Torts Branch, Civil Division since July 2003 in Washington, D.C.

1

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Ashley Dempsey to practice before this Court during the period of her employment by the United States as an attorney. It is anticipated that Ms. Dempsey will enter an appearance in this action on behalf of the defendant United States.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: May 6, 2021

_____
UNITED STATES DISTRICT JUDGE

2

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO ADMIT GOVERNMENT ATTORNEY (ASHLEY DEMPSEY)** has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 6th day of May, 2021.

/s/ Greg Addington
GREG ADDINGTON