GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
asweet@gundersonlaw.com
John R. Funk, Esq.
Nevada State Bar No. 12372
jfunk@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Janet Brown, Laura Melendez, John Bradley Brown, the Estate of Johnny Brown aka John Brown, and Flying Start Aero, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, an individual; LAURA MELENDEZ, an individual; and JOHN BRADLEY BROWN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br> _____/ <br> AND CONSOLIDATED CASES <br> _____/ <br> UNITED STATES OF AMERICA, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> ESTATE OF JOHNNY BROWN aka JOHN BROWN and FLYING START AERO, LLC. <br><br> Third-Party Defendants. <br> _____/ | 3:19-cv-00207-MMD-CSD <br><br> **ORDER ON STIPULATION CONCERNING AUTHENTICITY OF CERTAIN TRIAL EXHIBITS** <br><br><br> MEMBER CASES: <br> 3:19-cv-383-MMD-CSD <br> 3:19-cv-418-MMD-CSD <br> 3:19-cv-424-MMD-CSD |

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

1  In an effort to streamline trial in this matter, the parties to this consolidated action, through
2  counsel, stipulate and agrees to the *foundation and authenticity* of the following exhibits:
3  - Plaintiffs' Exhibit 128
4  - Plaintiffs' Exhibit 129
5  - Plaintiffs' Exhibit 130
6  - Plaintiffs' Exhibit 131
7  - Defendant's Exhibit 500
8  - Defendant's Exhibit 502
9  - Defendant's Exhibit 503
10 - Defendant's Exhibit 562
11 - Defendant's Exhibit 597
12  The purpose of this stipulation is to alleviate the need to call witnesses at trial whose sole
13 testimony would be to lay the foundation for these exhibits.  This stipulation concerns only the
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-2-

*foundation and authenticity* of these exhibits, and the parties reserve all rights to object to these exhibits on other grounds, such as relevance.

| | |
|---|---|
| DATED this 7th day of June, 2022.<br>GUNDERSON LAW FIRM<br><br>　/s/ Austin K. Sweet　<br>Mark H. Gunderson, Esq.<br>Nevada State Bar No. 2134<br>Austin K. Sweet, Esq.<br>Nevada State Bar No. 11725<br>*Attorneys for the Brown Family, the Estate of Johnny Brown aka John Brown, and Flying Start Aero, LLC* | DATED this 10th day of June, 2022.<br>BRIAN BOYNTON<br>Principal Deputy Assistant Attorney General, Civil Division<br>JASON M. FRIERSON<br>United States Attorney<br>HOLLY A. VANCE<br>Assistant U.S. Attorney |
| DATED this 10th day of June, 2022.<br>MATTHEW L. SHARP, LTD.<br><br>　/s/ Matthew Sharp　<br>Matthew L. Sharp, Esq.<br>Nevada State Bar No. 4746<br>*Attorney for Carrie Romo, as the parent and guardian ad litem for J.E. and B.E.*<br>Case No. 3:19-cv-00383-MMD-WGC | 　/s/ Robert Gross　<br>Robert J. Gross, Esq.<br>Senior Trial Counsel<br>Ashley Dempsey, Esq.<br>Trial Attorney<br>Aviation, Space & Admiralty Litigation<br>U.S. Department of Justice<br>*Attorneys for United States of America* |
| DATED this 10th day of June, 2022.<br>THE BRANDI LAW FIRM<br><br>　/s/ Daniel Dell'Osso　<br>Daniel Dell'Osso, Esq., NV Bar No. 9790<br>*Attorney for Dustin Elliker and Katelynn Hansen*<br>Case No. 3:19-cv-00424-LRH-WGC | DATED this 13th day of June, 2022.<br>ECHEVERRIA LAW OFFICE<br><br>　/s/ John Echeverria　<br>John Echeverria, Esq., NV Bar No., 200<br>*Attorney for Megan Romo Elliker, individually and as the Executor of the Estate of James Elliker*<br>Case No. 3:19-cv-00418-LRH-CBC |

It is so ordered.

DATED THIS 14th Day of June 2022.

　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

-3-