BRIAN BOYNTON
Principal Deputy Assistant Attorney General Civil Division
JASON M. FRIERSON
United States Attorney
HOLLY A. VANCE
Assistant U.S. Attorney
ROBERT J. GROSS
Senior Trial Counsel
ASHLEY E. DEMPSEY
WILLIAM D. ADAMS
Trial Attorneys
U.S. Department of Justice Civil Division, Torts Branch Post Office Box 14271 Washington, D.C.  20044-4271
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
William.D.Adams@usdoj.gov
*Attorneys for Defendant*
*United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, et al., | 3:19-cv-207-MMD-CSD (Lead Case) |
| Plaintiffs, | *consolidated with* |
| vs. | 3:19-cv-383-MMD-CSD (member case)<br>3:19-cv-418-MMD-CSD (member case) |
| UNITED STATES OF AMERICA, | 3:19-cv-424-MMD-CSD (member case) |
| Defendant. | **STIPULATION REGARDING DUE DATE FOR FILING POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH CITATIONS TO THE RECORD** |
| AND CONSOLIDATED ACTIONS AND THIRD PARTY ACTION | |

Due to the complexity of the issues and surgery scheduled on August 24, 2022, for attorney Robert J. Gross, the parties to this consolidated action stipulate and agree to file their Post-Trial Proposed Findings of Fact and Conclusions of Law with citations to the record on September 9, 2022.

| | |
|---|---|
| DATED this 8th day of August 2021. | DATED this 8th day of August 2021. |
| /s/ Mark H. Gunderson | /s/ John P. Echeverria |
| Mark H. Gunderson, Esq. | John P. Echeverria, Esq. |
| Austin K. Sweet, Esq. | Echeverria Law Office |
| Gunderson Law Firm | 9432 Double R. Blvd. |
| 3895 Warren Way | Reno, Nevada 89521 |
| Reno, Nevada 89509 | Telephone: (775) 786-4800 |
| Telephone: (775) 829-1222 | *Attorney for Megan Romo Elliker,* |
| *Attorneys for Janet Brown, individually and as Special Administrator of the Estate of John Brown; Laura Melendez; John Bradley Brown; and Flying Start Aero, LLC* | *individually and as the Executor of the Estate of James Elliker* |

DATED this 8th day of August 2021.

/s/ Matthew L. Sharp
Matthew L. Sharp, Esq.
424 Ridge St.
Reno, NV 89501
Telephone: (775) 324-1500
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

DATED this 8th day of August 2021.

/s/ Daniel Dell'Osso
Daniel Dell'Osso, Esq.
The Brandi Law Firm
354 Pine Street, 3rd floor
San Francisco, CA 94104
Telephone: (415) 986-1800
*Attorney for Dustin Elliker and Katelynn Hansen*

DATED this 8th day of August 2021.

/s/ Ian Herzog
Ian (Buddy) Herzog, Esq.
Thomas F. Yuhas, Esq.
11400 West Olympic Blvd., Suite 1150
Los Angeles, CA 90064
Telephone: (310) 458-6660
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

DATED this 8th day of August 2021.

/s/ Robert J. Gross
Robert J. Gross
Senior Trial Counsel
Ashley E. Dempsey
William D. Adams
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C. 20044-4271
Telephone: (301) 467-1007
*Attorneys for Defendant
United States of America*

It is so ordered.

DATED THIS 16th Day of August 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that, on August 8, 2022, I electronically filed the foregoing STIPULATION REGARDING DUE DATE FOR FILING POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH CITATIONS TO THE RECORD through the Court's CM/ECF system, which will deliver a copy electronically to all counsel of record in this case.

/s/ Robert J. Gross
Employee, USDOJ