BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JASON M. FRIERSON
United States Attorney
HOLLY A. VANCE
Assistant U.S. Attorney
ROBERT J. GROSS
Senior Trial Counsel
ASHLEY E. DEMPSEY
WILLIAM D. ADAMS
Trial Attorneys
U.S. Department of Justice Civil Division, Torts Branch Post Office Box 14271 Washington, D.C.  20044-4271
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
William.D.Adams@usdoj.gov
*Attorneys for Defendant*
*United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, et al., | 3:19-cv-207-MMD-CSD (Lead Case) |
| Plaintiffs, | *consolidated with* |
| vs. | 3:19-cv-383-MMD-CSD (member case) |
| | 3:19-cv-418-MMD-CSD (member case) |
| UNITED STATES OF AMERICA, | 3:19-cv-424-MMD-CSD (member case) |
| Defendant. | |
| | **SECOND STIPULATION REGARDING DUE DATE FOR FILING POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH CITATIONS TO THE RECORD** |
| AND CONSOLIDATED ACTIONS AND THIRD PARTY ACTION | |

Following surgery on August 24, 2022, attorney Robert J. Gross has been unable to work for a longer period than initially expected, thus significantly impacting the completion of the United States' post-trial brief due on September 9.  Accordingly, the parties to this

consolidated action stipulate and agree to file their Post-Trial Proposed Findings of Fact and Conclusions of Law with citations to the record on September 16, 2022.

DATED this 1st day of September 2022.

*/s/ Mark H. Gunderson*
Mark H. Gunderson, Esq.
Austin K. Sweet, Esq.
Gunderson Law Firm
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
*Attorneys for Janet Brown, individually and as Special Administrator of the Estate of John Brown; Laura Melendez; John Bradley Brown; and Flying Start Aero, LLC*

DATED this 1st day of September 2022.

*/s/ Matthew L. Sharp*
Matthew L. Sharp, Esq.
424 Ridge St.
Reno, NV 89501
Telephone: (775) 324-1500
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

DATED this 1st day of September 2022.

*/s/ Ian Herzog*
Ian (Buddy) Herzog, Esq.
Thomas F. Yuhas, Esq.
11400 West Olympic Blvd., Suite 1150
Los Angeles, CA 90064
Telephone: (310) 458-6660
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

DATED this 1st day of September 2022.

*/s/ John P. Echeverria*
John P. Echeverria, Esq.
Echeverria Law Office
9432 Double R. Blvd.
Reno, Nevada 89521
Telephone: (775) 786-4800
*Attorney for Megan Romo Elliker, individually and as the Executor of the Estate of James Elliker*

DATED this 1st day of September 2022.

*/s/ Daniel Dell'Osso*
Daniel Dell'Osso, Esq.
The Brandi Law Firm
354 Pine Street, 3rd floor
San Francisco, CA 94104
Telephone: (415) 986-1800
*Attorney for Dustin Elliker and Katelynn Hansen*

DATED this 1st day of September 2022.

*/s/ Robert J. Gross*
Robert J. Gross
Senior Trial Counsel
Ashley E. Dempsey
William D. Adams
Trial Attorneys
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C. 20044-4271
Telephone: (301) 467-1007
*Attorneys for Defendant United States of America*

It is so ordered.

DATED THIS __2nd__ Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that, on September 1, 2022, I electronically filed the foregoing SECOND STIPULATION REGARDING DUE DATE FOR FILING POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH CITATIONS TO THE RECORD through the Court's CM/ECF system, which will deliver a copy electronically to all counsel of record in this case.

_/s/ Robert J. Gross_
Employee, USDOJ