BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JASON M. FRIERSON
United States Attorney
PATRICK A. ROSE
Assistant U.S. Attorney
ROBERT J. GROSS
Senior Trial Counsel
ASHLEY E. DEMPSEY
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C. 20044-4271
Robert.Gross@usdoj.gov
Ashley.Dempsey@usdoj.gov
*Attorneys for Defendant*
*United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET BROWN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS AND THIRD PARTY ACTION | 3:19-cv-207-MMD-CSD (Lead Case) <br><br> *consolidated with* <br><br> 3:19-cv-383-MMD-WGC (member case) <br> 3:19-cv-418-MMD-WGC (member case) <br> 3:19-cv-424-MMD-WGC (member case) <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' OPENING BRIEFS ON REMAND AND FOR THE UNITED STATES TO FILE ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW [FIRST REQUEST]** |

Plaintiffs filed their opening briefs and proposed findings of fact and conclusions of law on October 29, 2024. The United States' opposition briefs to Plaintiffs' opening briefs and proposed findings of fact and conclusions of law are therefore due on November 29, the day after Thanksgiving (*see* ECF 219), which is not a federal holiday. In order to spend time with their families, counsel for the United States and their support staff typically take annual leave on

the day after Thanksgiving as well as the day before, and would like to be able to do so this year. Accordingly, the parties to this consolidated action stipulate and agree that the United States may file its opposition briefs and proposed findings of fact and conclusions of law no later than December 5, 2024.

DATED this 4th day of November 2024.

*/s/ Mark H. Gunderson*
Mark H. Gunderson, Esq.
Austin K. Sweet, Esq.
Gunderson Law Firm
3895 Warren Way
Reno, Nevada 89509
Telephone: (775) 829-1222
*Attorneys for Janet Brown, individually and as Special Administrator of the Estate of John Brown; Laura Melendez; John Bradley Brown; and Flying Start Aero, LLC*

DATED this 4th day of November 2024.

*/s/ Matthew L. Sharp*
Matthew L. Sharp, Esq.
424 Ridge St.
Reno, NV 89501
Telephone: (775) 324-1500
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

DATED this 4th day of November 2024.

*/s/ Ian Herzog*
Ian (Buddy) Herzog, Esq.
Thomas F. Yuhas, Esq.
11400 West Olympic Blvd., Suite 1150
Los Angeles, CA 90064
Telephone: (310) 458-6660
*Attorney for Jocelyn Elliker and Carrie Romo, as the parent and guardian ad litem for B.E.*

DATED this 4th day of November 2024.

*/s/ John P. Echeverria*
John P. Echeverria, Esq.
Echeverria Law Office
9432 Double R. Blvd.
Reno, Nevada 89521
Telephone: (775) 786-4800
*Attorney for Megan Romo Elliker, individually and as the Executor of the Estate of James Elliker*

DATED this 4th day of November 2024.

*/s/ Daniel Dell'Osso*
Daniel Dell'Osso, Esq.
The Brandi Law Firm
354 Pine Street, 3rd floor
San Francisco, CA 94104
Telephone: (415) 986-1800
*Attorney for Dustin Elliker and Katelynn Hansen*

DATED this 4th day of November 2024.

*/s/ Robert J. Gross*
Robert J. Gross
Senior Trial Counsel
Ashley E. Dempsey
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C. 20044-4271
Telephone: (301) 467-1007
*Attorneys for Defendant United States of America*

**It is so ordered.**

DATED THIS 5th Day of November 2024.

_____
**MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I certify that, on November 4, 2024, I electronically filed the foregoing stipulation through the Court's CM/ECF system, which will deliver a copy electronically to all counsel of record in this case.

*/s/ Robert J. Gross*
Employee, USDOJ