1

2  YAAKOV M. ROTH
   Acting Assistant Attorney General
3  Civil Division
   SUE FAHAMI
4  Acting United States Attorney
   PATRICK A. ROSE
5  Assistant U.S. Attorney
   ROBERT J. GROSS
6  Senior Trial Counsel
   ASHLEY E. DEMPSEY
7  WILLIAM D. JANICKI
   Trial Attorneys
8  U.S. Department of Justice
   Civil Division, Torts Branch
9  Post Office Box 14271
   Washington, D.C.  20044-4271
10 Robert.Gross@usdoj.gov
   Ashley.Dempsey@usdoj.gov
11 William.D.Janicki@usdoj.gov
   Patrick.Rose@usdoj.gov
12 *Attorneys for Defendant*
   *United States of America*
13

14

15

16                         UNITED STATES DISTRICT COURT

17                               DISTRICT OF NEVADA

18                                      * * *

19 JANET BROWN, *et al.*,                    Case No. 3:19-cv-00207-MMD-CSD

20          Plaintiffs,                      Member Cases:
                                             3:19-cv-383-MMD-WGC
21          v.                               3:19-cv-418-MMD-WGC
                                             3:19-cv-424-MMD-WGC
22
   UNITED STATES OF AMERICA,
23                                           **ORDER GRANTING STIPULATION
          Defendant.                         BETWEEN THE ELLIKER
24                                           PLAINTIFFS AND THE UNITED
   _____       STATES, AND NOTICE OF NON-
25 AND CONSOLIDATED ACTIONS AND              OBJECTION**
   THIRD PARTY ACTION
26

27

28

Plaintiff Megan Elliker and the United States stipulate that the Court is to use March 31, 2025, as the date dividing past and future loses, and that their respective economists have calculated the economic loss to Megan Elliker for the loss of her husband, James Elliker, using March 31, 2025, as the dividing date, as follows:

Dr. Mason:

- $24,000,487, including $10,188,753 for loss of past probable support and $13,811,734 for the present value of the loss of future probable support.

- $756,491, including $152,015 for the past loss of household services of Mr. Elliker and $604,476 for the present value of loss of future household services of Mr. Elliker.

- Total: $24,756,978, including $24,000,478 for loss of probable support and $756,491 for loss of household services.

Dr. Cargill:

The following three alternative scenarios:

- *Scenario 1*: $11,063,845, including $5,208,576 for loss of past probable support and $5,855,269 for the present value of the loss of future probable support, assuming Covid had zero impact on Mr. Elliker's business in the years 2020-2023.

- *Scenario 2*: $10,862,228, including $5,007,394 for loss of past probable support and $5,854,834 for the present value of the loss of future probable support, assuming Covid had 25% impact on Mr. Elliker's business in the years 2020-2023.

- *Scenario 3*: $10,340,331, including $4,486,124 for loss of past probable support and 5,854,331 for the present value of the loss of future probable support, assuming Covid had 50% impact on Mr. Elliker's business in the years 2020-2023.

- $269,663, including $96,433 for the past loss of household services of Mr. Elliker, and $173,299 for the present value of loss of future household services of Mr. Elliker.

- Totals:  *Scenario 1*, $11,333,508; including $11,063,845 for loss of probable support and $269,663 for loss of household services; *Scenario 2*, $11,131,891 including $10,862,228 for loss of probable support and $269,663 for loss of household services; *Scenario 3*, $10,609,994, including $10,340,331 for loss of probable support and $269,663 for loss of household services

The Elliker Plaintiffs do not object to the Court finding that the settlement between the Elliker Plaintiffs and the Estate of Johnny Brown aka John Brown and his company, Flying Start Aero, LLC, was in good faith.

DATED this 24th day of March 2025.

*/s/ Robert J. Gross*
Robert J. Gross, Esq.
Senior Trial Attorney
Ashley E. Dempsey, Esq.
Trial Counsel
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, D.C. 20044-4271
Attorneys for Defendant/Third-Party Plaintiff United States of America

2

DATED this 24th day of March 2025.

/s/ Daniel Dell'Osso
Daniel Dell'Osso, Esq.
The Brandi Law Firm
354 Pine Street, 3rd floor
San Francisco, CA 94104
Telephone:  (415) 986-1800
Attorney for Dustin Elliker, Katelynn Hansen,
Megan Romo Elliker, individually and as the
Executor of the Estate of James Elliker

DATED this 24th day of March 2025.

/s/ Matthew L. Sharp
Matthew L. Sharp, Esq.
424 Ridge St.
Reno, NV 89501
Telephone:  (775) 324-1500
Attorney for Jocelyn Elliker and Carrie Romo,
as the parent and guardian ad litem for B.E.

DATED this 24th day of March 2025.

/s/ Ian (Buddy) Herzog
Ian (Buddy) Herzog, Esq.
Thomas F. Yuhas, Esq.
11400 West Olympic Blvd., Suite 1150
Los Angeles, CA 90064
Telephone:  (310) 458-6660
Attorney for Jocelyn Elliker and Carrie Romo,
as the parent and guardian ad litem for B.E.

IT IS SO ORDERED

DATED:  March 25, 2025.

_____
Miranda M. Du, U.S. District Judge