DANIEL DELL'OSSO, ESQ.
Nevada Bar No.: 9790
THE BRANDI LAW FIRM
354 Pine Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 989-1800
Facsimile: (415) 989-1801
Email: ddo@brandilaw.com

Attorney for Plaintiffs
DUSTIN ELLIKER AND KATELYNN HANSEN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANET BROWN, an individual; LAURA MELENDEZ, an individual; and JOHN BRADLEY BROWN, an individual,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 3:19-cv-00207-MMD-CSD<br><br>Consolidated with member cases:<br><br>Case No.: 3:19-cv-00383-MMD-WGC<br>Case No.: 3:19-cv-00418-MMD-WGC<br>Case No.: 3:19-cv-00424-MMD-WGC<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |
| AND CONSOLIDATED ACTIONS AND THIRD PARTY ACTION | |

Plaintiffs MEGAN ROMO ELLIKER, DUSTIN ELLIKER, KATELYNN ELLIKER, JOCELYN ELLIKER, and BENJAMIN ELLIKER, (collectively, the "Elliker Parties"), together with Defendant UNITED STATES OF AMERICA, by and through their respective counsel of record, notify this Court that a tentative settlement has been reached between the Elliker Parties and the United States of America.

The tentative settlement is subject to review and approval by the appropriate designee of the Attorney General, in accordance with 28 U.S.C. § 2677 and 28 C.F.R. Ch. I, Pt. 0, Subpt. Y, and the Federal Aviation Administration. Upon approval, the parties will notify the Court and provide a timeline for carrying out the settlement and dismissing all claims by and between the Elliker Parties and the United States of America. In the unlikely event that the tentative settlement is not approved, the parties will notify the Court and litigation will resume. In any event, the parties will submit a joint status report in no less than sixty (60) days updating the Court on the status.

The Elliker Parties and the United States of America jointly request that all aspects of the claims by and between them be stayed pending approval of the tentative settlement.

DATED this 1st day of May 2025.

**THE BRANDI LAW FIRM**

Daniel Dell'Osso, Esq.
*Attorney for Plaintiffs Dustin Elliker and Katelynn Hansen*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THE BRANDI LAW FIRM, and on the 1st day of May 2025, I electronically filed **NOTICE OF TENTATIVE SETTLEMENT** and a copy will be electronically mailed by the United States District Court, District of Nevada through CM/ECF to the following:

| | |
|---|---|
| **Ashley Dempsey** | ashley.dempsey@usdoj.gov |
| **Holly A. Vance** | Holly.A.Vance@usdoj.gov, CaseView.ECF@usdoj.gov, christi.dyer@usdoj.gov, daniel.maul@usdoj.gov, danielle.bleecker@usdoj.gov, jenni.olaskey@usdoj.gov |
| **Ian Herzog** | HERZOG@IX.NETCOM.COM |
| **John Peter Echeverria** | je@eloreno.com, dena@eloreno.com, marisa@eloreno.com, teresa@eloreno.com |
| **Matthew L. Sharp** | matt@mattsharplaw.com, cristin@mattsharplaw.com, suzy@mattsharplaw.com |
| **Robert Gross** | robert.gross@usdoj.gov, mark.tomicich@faa.gov, torts.aa.files@usdoj.gov, trina.crosby@usdoj.gov |
| **Thomas Yuhas** | tomyuhas@ix.netcom.com |
| **William David Adams** | william.d.adams@usdoj.gov |

Khyrie Sloan

Employee, The Brandi Law Firm