GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Austin K. Sweet, Esq.
Nevada State Bar No. 11725
asweet@gundersonlaw.com
John R. Funk, Esq.
Nevada State Bar No. 12372
jfunk@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Janet Brown, Laura Melendez, John Bradley Brown, the Estate of Johnny Brown aka John Brown, and Flying Start Aero, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, an individual; LAURA MELENDEZ, an individual; and JOHN BRADLEY BROWN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant.<br>_____/<br><br>AND CONSOLIDATED CASES<br>_____/<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Third-Party Plaintiff,<br><br>vs.<br><br>ESTATE OF JOHNNY BROWN aka JOHN BROWN and FLYING START AERO, LLC.<br><br>　　　　　　Third-Party Defendants.<br>_____/ | 3:19-cv-00207-MMD-CSD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>MEMBER CASES:<br>3:19-cv-383-MMD-CSD<br>3:19-cv-418-MMD-CSD<br>3:19-cv-424-MMD-CSD |

Plaintiffs JANET BROWN, an individual; LAURA MELENDEZ, an individual; and JOHN BRADLEY BROWN, an individual, and Third-Party Defendants ESTATE OF JOHNNY BROWN aka JOHN BROWN; and FLYING START AERO, LLC, together with Defendant/Third-Party Plaintiff the UNITED STATES OF AMERICA, by and through their respective counsel of record, pursuant to FRCP Rule 41(a)(1)(A)(ii), execute this Stipulation of Dismissal with Prejudice. All of Plaintiffs' claims as set forth in their Complaint filed April 23, 2019 (ECF No. 1) in Case 3:19-cv-00207 and all of the United States' claims as set forth in its Third-Party Complaint filed September 27, 2019 (ECF No. 22) in Case 3:19-cv-00207, are and shall forever be dismissed WITH PREJUDICE, each side to bear its own costs, fees (including attorney fees), and expenses.

DATED: July 11, 2025

| | |
|---|---|
| GUNDERSON LAW FIRM | BRETT A. SHUMATE |
| | Assistant Attorney General |
|   /s/ Austin Sweet | Civil Division |
| Mark H. Gunderson, Esq. | |
| Nevada State Bar No. 2134 | SIGAL CHATTAH |
| Austin K. Sweet, Esq. | Interim United States Attorney |
| Nevada State Bar No. 11725 | |
| *Attorneys for the Brown Family, the Estate* |   /s/ Robert Gross |
| *of Johnny Brown aka John Brown,* | Robert J. Gross, Esq. |
| *and Flying Start Aero* | Senior Trial Counsel |
| | Ashley E. Dempsey |
| | Trial Attorney |
| | Aviation, Space & Admiralty Litigation |
| | U.S. Department of Justice |
| | *Attorneys for United States of America* |

**IT IS SO ORDERED:**

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED this 15th day of July, 2025.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the 11th day of July, 2025 I electronically filed the **STIPULATION OF DISMISSAL WITH PREJUDICE** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

| | |
|---|---|
| **Ashley Dempsey** | ashley.dempsey@usdoj.gov |
| **Daniel Dell'Osso** | ddo@brandilaw.com, mvs@brandilaw.com |
| **Holly A. Vance** | Holly.A.Vance@usdoj.gov, CaseView.ECF@usdoj.gov, christi.dyer@usdoj.gov, daniel.maul@usdoj.gov, danielle.bleecker@usdoj.gov, jenni.olaskey@usdoj.gov |
| **Ian Herzog** | HERZOG@IX.NETCOM.COM |
| **John Peter Echeverria** | je@eloreno.com, dena@eloreno.com, marisa@eloreno.com, teresa@eloreno.com |
| **Matthew L. Sharp** | matt@mattsharplaw.com, cristin@mattsharplaw.com, suzy@mattsharplaw.com |
| **Patrick A. Rose** | Patrick.Rose@usdoj.gov, CaseView.ECF@usdoj.gov, cortney.bivens@usdoj.gov, dionne.white@usdoj.gov, Liam.Pisan@usdoj.gov, maria.covarrubias@usdoj.gov, maritess.recinto@usdoj.gov, Vera.minkova@usdoj.gov |
| **Robert Gross** | robert.gross@usdoj.gov, mark.tomicich@faa.gov, torts.aa.files@usdoj.gov, trina.crosby@usdoj.gov |
| **Thomas Yuhas** | tomyuhas@ix.netcom.com |
| **William David Adams** | william.d.adams@usdoj.gov |
| **William D. Janicki** | William.d.janicki@usdoj.gov |

                                               */s/ Kelly Gunderson*
                                               Kelly Gunderson

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-3-