Matthew L. Sharp, Esq.
Nevada Bar No. 4746
Matthew L. Sharp, Ltd.
432 Ridge St.
Reno, NV 89501
Phone: (775) 324-1500
Fax: (775) 284-0675
matt@mattsharplaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANET BROWN, et al., | 3:19-cv-00207-MMD-CSD (Lead Case) |
| Plaintiffs, | c*onsolidated with* |
| vs. | 3:19-cv-383-MMD-WGC (member case) |
| UNITED STATES OF AMERICA, | 3:19-cv-418-MMD-WGC (member case) 3:19-cv-424-MMD-WGC (member case) |
| Defendant. | |
| AND CONSOLIDATED ACTIONS AND THIRD PARTY ACTION | |

## ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN Plaintiffs MEGAN ROMO ELLIKER, individually and as the Executor of the Estate of James Elliker; JOCELYN ELLIKER, an individual; BENJAMIN ELLIKER, an individual; DUSTIN ELLIKER, an individual; and KATELYNN HANSEN, an individual (together, the "Elliker Plaintiffs"), and Defendant UNITED STATES OF AMERICA, by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a), that all of the Elliker Plaintiffs' claims and causes of action against Defendant in the above-entitled action are and shall forever be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

///

///

///

1

DATED this 2nd day of September 2025.

   /s/ Matthew L. Sharp
Matthew L. Sharp, Esq.
424 Ridge St.
Reno, NV 89501
Telephone: (775) 324-1500

Ian (Buddy) Herzog, Esq.
Thomas F. Yuhas, Esq.
11400 West Olympic Blvd., Suite 1150
Los Angeles, CA 90064
Telephone: (310) 458-6660
*Attorneys for Jocelyn Elliker, individually and Benjamin Elliker, individually*

DATED this 2nd day of September 2025.

   /s/ Robert J. Gross
Robert J. Gross, Esq.
Senior Trial Counsel
Ashley Dempsey, Esq.
Trial Attorney
Aviation, Space & Admiralty Litigation
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Telephone: (202) 616-4038
*Attorneys for United States of America*

DATED this 2nd day of September 2025.

   /s/ Daniel Dell'Osso
Daniel Dell'Osso, Esq.
The Brandi Law Firm
354 Pine Street, 3rd floor
San Francisco, CA 94104
Telephone: (415) 986-1800
*Attorney for Dustin Elliker, Katelynn Hansen, Megan Romo Elliker, individually and as the Executor of the Estate of James Elliker*

## **ORDER**

**IT IS SO ORDERED.**

Dated this 3rd day of September, 2025.

_____
MIRANDA M. DU
DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

| | |
|---|---|
| Robert J. Gross: | Robert.gross@usdoj.gov |
| Ashley Dempsey: | Ashley.dempsey@usdoj.gov |
| William Adams: | William.d.adams@usdoj.gov |
| Holly Ann Vance: | holly.a.vance@usdoj.gov |
| Patrick Rose: | Patrick.rose@usdoj.gov |
| William D. Janicki: | William.d.janicki@usdoj.gov |

DATED this 2nd day of September 2025.

/s/ Suzy L. Thompson
An employee of Matthew L. Sharp, Ltd.